# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **IMPERIUM (IP) HOLDINGS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**APPLE, INC.,**<br>**KYOCERA COMMUNICATIONS, INC.,**<br>**LG ELECTRONICS U.S.A., INC.,**<br>**LG ELECTRONICS MOBILECOMM U.S.A., INC.,**<br>**MOTOROLA MOBILITY HOLDINGS, INC.,**<br>**NOKIA, INC.,**<br>**RESEARCH IN MOTION CORPORATION,**<br>and<br>**SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.,**<br><br>**Defendants.** | Case No. 6:11-cv-00128-LED |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal Without Prejudice before an answer or motion for summary judgment has been filed by defendants Apple, Inc., Kyocera Communications, Inc., LG Electronics U.S.A., Inc., LG Electronics Mobilecomm U.S.A., Inc., Motorola Mobility Holdings, Inc., Nokia, Inc., Research in Motion Corporation, and Sony Ericsson Mobile Communications (USA), Inc. (collectively "Defendants"), the Court hereby dismisses all claims against Defendants without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**So ORDERED and SIGNED this 4th day of April, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**